1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                         * * *

9    SCOTT ALLAN JONES,                        Case No. 2:15-cv-01108-MMD-NJK

10                            Plaintiff,       ORDER ADOPTING AND ACCEPTING
          v.                                   REPORT AND RECOMMENDATION OF
11                                             MAGISTRATE JUDGE
     DISTRICT COURT CLARK COUNTY, et           NANCY J. KOPPE
12   al.,

13                            Defendant.

14

15          Before the Court is the Report and Recommendation of United States Magistrate

16   Judge Nancy J. Koppe (dkt. no. 7) ("R&R"). No objection to the R&R has been filed.[1]

17          This Court "may accept, reject, or modify, in whole or in part, the findings or

18   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  Where a party

19   timely objects to a magistrate judge's report and recommendation, then the court is

20   required to "make a *de novo* determination of those portions of the [report and

21   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

22   to object, however, the court is not required to conduct "any review at all . . . of any issue

23   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

24   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

25   magistrate judge's report and recommendation where no objections have been filed. *See*

26

27          [1]The R&R (dkt. no. 7) that was mailed to Plaintiff was returned as undeliverable.
28   (Dkt. no. 8.)

1    *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

2    of review employed by the district court when reviewing a report and recommendation to

3    which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

4    1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

5    view that district courts are not required to review "any issue that is not the subject of an

6    objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

7    the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F.

8    Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

9    which no objection was filed).

10          Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

11   determine whether to adopt Magistrate Judge Koppe's R&R. The R&R recommends that

12   this action be dismissed without prejudice based upon Plaintiff's failure to show cause

13   why the case should be dismissed. After reviewing the filings, the Court agrees with the

14   Magistrate Judge's recommendation.

15          It is therefore ordered, adjudged and decreed that the Report and

16   Recommendation of Magistrate Judge Nancy J. Koppe (dkt. no. 7) is accepted and

17   adopted in its entirety.

18          It is ordered that the amended complaint (dkt. no. 1-2) is dismissed without

19   prejudice.

20          It is further ordered that the Clerk close this case.

21          DATED THIS 23rd day of November 2015.

22

23          _____

            MIRANDA M. DU
24          UNITED STATES DISTRICT JUDGE

25

26

27

28